# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEREMIAH LANCE WINCHESTER,<br><br>               Petitioner,<br><br>    v.<br><br>MIKE OBENLAND,<br><br>               Respondent. | Case No. C17-1136-RSL-JPD<br><br>ORDER GRANTING JOINT MOTION TO LIFT STAY AND SET BRIEFING SCHEDULE |

The Court stayed this 28 U.S.C. § 2254 habeas action on January 3, 2018, pending resolution of petitioner's state court proceedings. On January 18, 2019, the parties filed a joint motion to lift the stay and set a briefing schedule on petitioner's habeas petition. The Court GRANTS the joint motion to lift the stay, Dkt. 25. Respondent shall file a response to petitioner's habeas petition within 45 days of the date of this Order. Petitioner may file a reply within 30 days of respondent's response. The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 28th day of January, 2019.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING JOINT MOTION TO
LIFT STAY AND SET BRIEFING
SCHEDULE - 1