**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JEREMIAH LANCE WINCHESTER, | NO. C17-1136-RSL-MLP |
| Petitioner, | ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |
| v. | ~~(PROPOSED)~~ |
| MIKE OBENLAND, | |
| Respondent. | |

The Court, having considered the unopposed motion for an extension of time, the Declaration of John J. Samson, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to April 15, 2019, to file an answer to the habeas corpus petition is GRANTED.

2. The Clerk shall send uncertified copies of this Order to counsel for the Petitioner and to counsel for the Respondent.

DATED this 12th day of March, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

ROBERT W. FERGUSON

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF
TIME (PROPOSED) –
NO. C17-1136-RSL-MLP

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1  Attorney General

2  s/ John J. Samson
   JOHN J. SAMSON, WSBA # 22187
3  Assistant Attorney General

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF
TIME (PROPOSED) –
NO. C17-1136-RSL-MLP

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445