MAGISTRATE JUDGE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMIAH LANCE WINCHESTER,  )   No. CV17-1136-RSL-MLP
                            )
  Petitioner,               )
                            )   ~~(PROPOSED)~~ ORDER GRANTING
  v.                        )   MOTION FOR LEAVE TO FILE
                            )   OVERLENGTH OBJECTIONS TO
OBENLAND, ET AL.,           )   REPORT AND RECOMMENDATION
                            )
  Respondent.               )
                            )

The Court has considered Petitioner Jeremiah Winchester's motion for leave to file objections in excess of the three-page limit specified in Magistrate Judge Michelle Peterson's Report and Recommendation.

IT IS ORDERED that counsel for Mr. Winchester may file a seven-page objection to the Report and Recommendation.

DATED this 19th day of July 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vicki Lai*
Assistant Federal Public Defender
Attorney for Jeremiah Winchester

ORDER FOR LEAVE TO FILE OVERLENGTH
OBJECTIONS TO THE REPORT AND
RECOMMENDATION
(*Jeremiah Winchester*, CV17-1136-RSL-MLP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100