# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JEREMIAH LANCE WINCHESTER,

        Petitioner,

v.

MIKE OBENLAND,

        Respondent.

Case No. C17-1136-RSL

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Petitioner's habeas petition is DENIED without an evidentiary hearing.

(3)     This action is DISMISSED with prejudice.

(4)     A certificate of appealability pursuant to 28 U.S.C. § 2253(c)(3) is GRANTED as to Ground 2 (denial of right to retained counsel of choice) and DENIED in all other respects.

\\

\\

ORDER OF DISMISSAL - 1

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 30th day of October, 2019.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2